1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHARNAE BIGGINS,                          No.  2:24-cv-2736 TLN AC PS

12              Plaintiff,

13         v.                                   FINDINGS AND RECOMMENDATIONS

14    WINN COMPANIES, LLC,

15              Defendant.

16

17        Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

18   undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On October 18, 2024,

19   the court granted plaintiff's in forma pauperis ("IFP") application but rejected the complaint,

20   granting plaintiff 30 days to file an amended complaint.  ECF No. 3.  Plaintiff was cautioned that

21   failure to file an amended complaint could lead to a recommendation that the action be dismissed.

22   Plaintiff did not file an amended complaint within the time limit.  On November 20, 2024, the

23   court issued an order to show cause within 14 days why this case should not be dismissed for

24   failure to prosecute.  ECF No. 4.  Plaintiff has not responded to the court's orders, nor taken any

25   action to prosecute this case.

26        In recommending this action be dismissed for failure to prosecute, the court has

27   considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

28   manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

1

disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the court finds these factors weigh in favor of dismissal.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 11, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2