UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARNAE BIGGINS,<br><br>  Plaintiff,<br><br>  v.<br><br>WINN COMPANIES, LLC,<br><br>  Defendant. | No. 2:24-cv-02736-TLN-AC<br><br>**ORDER** |

      Plaintiff Charnae Biggins ("Plaintiff"), proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On December 11, 2024 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 5.) Plaintiff has not filed objections to the findings and recommendations.

      The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The Findings and Recommendations filed December 11, 2024 (ECF No. 5), are
3   ADOPTED IN FULL; and
4   2. This action is DISMISSED, without prejudice, for lack of prosecution and for failure to
5   comply with the Court's order.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.
6   IT IS SO ORDERED.
7   Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2